UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Tyshawn Lee,

        Plaintiff,

        v.                                                    Civil Action No. 2:26-cv-8

Nicholas J. Deml, et al.,

        Defendant.

## REPORT AND RECOMMENDATION

On April 20, 2026, the undersigned denied Plaintiff Tyshawn Lee's Application to Proceed *in forma pauperis* ("IFP Application") (Doc. 1) without prejudice because it did not include either a trust fund account statement for the six month period immediately preceding the filing of the Complaint, or the required certification of an appropriate official of Plaintiff's place of confinement. The Court permitted Plaintiff an opportunity to remedy these deficiencies and refile an IFP Application on or before May 20, 2026. Plaintiff was advised that failure to file a renewed IFP Application within thirty days would result in a recommendation of dismissal of the case without prejudice.

Because Plaintiff has not filed a revised IFP Application, I recommend that this case be DISMISSED WITHOUT PREJUDICE.

Dated at Burlington, in the District of Vermont, this 23rd day of June 2026.

                                       */s/ Kevin J, Doyle*
                                       Kevin J. Doyle
                                       United States Magistrate Judge

Any party may object to this Report and Recommendation within fourteen days after service thereof, by filing with the Clerk of the Court and serving on the Magistrate Judge and all parties, written objections that shall specifically identify those portions of the Report and Recommendation to which objection is made and the basis for such objections. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); L.R. 72(c). Failure to timely file such objections "operates as a waiver of any further judicial review of the magistrate's decision." *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2nd Cir. 2008).

2